FILED

**Federal District Court**

**Northern District of Indiana**

**Fort Wayne Division**

2010 AUG 11  AM 10: 00

STEPHEN R. LUDWIG CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

| | |
|---|---|
| *in re* Damaris June Rhodes. *Sui Juris* ) <br> Claimant ) <br> ) <br> VS ) <br> ) <br> ) <br> Douglas H. Shulman ) <br> IRS Commissioner, ) <br> Officially and Individually ) <br> and ) <br> ) <br> David A. Capp ) <br> (aka) David Capp ) <br> U.S. Attorney ) <br> Officially and Individually ) <br> and ) <br> ) <br> Morrell John Berry ) <br> (aka) John Berry ) <br> OPM Director ) <br> Officially and Individually ) <br> and ) <br> ) <br> Office of Personal Management ) <br> (aka) OPM ) <br> OPM, Other named or named past, ) <br> Present, Officials, Representatives, ) <br> agents, and private Consultants of THE ) <br> UNITED STATES OF AMERICA ) <br> Defendants ) | Case Number  **1 : 10 C V 269  RL** |

**CLAIM**
**42 U.S.C. Sec 1983**
**I. Parties**

*(1)* Comes now the Claimant, Damaris June Rhodes and all taxed and/or indebted Americans

needing taxing, indebtedness constitutionally removed and spiritual rights restored, *et al.*

(2) c/o 2516 Bowser Avenue, Apt. 3, Fort Wayne, Indiana, Ph 260) 744-4871 for cause of action against the Defendant(s). Claimant is party presently located now in Allen County, of fifty (50) Union State Indiana makes the following statement for charging three (3) Defendants named after being affirmed:

**Defendants and locations**: (B)(1) Morrell John Berry, (aka) John Berry, OPM Director, Office of Personal Management Official, Officially and Individually, Office of General Counsel, Room 7353, 1900 E Street. NW, Washington DC 20415. Is under the Washington DC Laws. As this case continues hereafter Morrell John Berry will be entered or referred to as John Berry.

(B)(2) IRS Commissioner, Douglas H. Shulman, IRS Disclosure Office, Officially and Individually MS 7000 CHI Rm. 2820, 230 S. Dearborn Chicago, Illinois 60604-1505; 1111 Constitution Avenue Washington DC 20224 Under the Washington DC laws.

(B)(3) David A. Capp, (aka) David Capp, Officially and Individually, U.S. Attorney, 1300 South Harrison Street, Fort Wayne, Indiana. Under the Indiana and Washington DC law. As this case continues hereafter David A. Capp will be entered or referred to by either name he is known as.

(B)(4) Office of Personal Management, (aka) OPM. Office of General Counsel, Room 7353, 1900 E Street. NW, Washington DC 20415. Is under the Washington DC Laws. Hereafter entered or referred to as OPM or John Berry OPM Other named or named past, Present, Officials, Representatives, agents, and private Consultants of THE UNITED STATES OF AMERICA.

2

(B)(5) UNITED STATES, Other named or named past, Present, Officials, Representatives, agents, and private Consultants of THE UNITED STATES OF AMERICA. Hereafter listed in caption as John Berry OPM Other named or named past, Present, Officials, Representatives, agents, and private Consultants of THE UNITED STATES OF AMERICA.  As this case continues hereafter the UNITED STATES will also be referred to as U.S., U.S. Federal Corporation, U.S. Federal Corp., UNITED STATES, Federal Government and many named Parties and Agencies. The Federal Government is not referred to as being the government of WE THE PEOPLE because it is self willed for self profit.  By false campaigns, elections, pretense and purpose the U.S. Federal Corp. serves WE THE PEOPLE, but for the purpose of the PEOPLE'S destruction. Historical statements, records, laws, statutes and their activities prove the U.S. Federal Corp. to be WE THE PEOPLE's enemy.

**(4) Jurisdiction:** Federal question in this action arises under the organic Constitution for the united States of America and Bill Rights One through Thirteen. The amount of controversy is seventy five million dollars ($75,000,000.00) without interest and exceeds the sum or value of specified by Title 28 U.S.C. Sec 1332 with other stipulations.  IC 5-14-3-1; IC 5-14-3-4(a)(c); IC 5-14-3-5.5(a)(d)(5); IC 23-1-20-10(6); IC 23-1-20-11; IC 23-1-49-7; IC; IC 34-11-1-2; IC 34-1-2-4; IC 34-11-2-7; IC 34-11-4-1; IC 34-13-5-2; IC 34-13-5-8; IC 34-14-1-1; IC 34-14-1-2; IC 34-37-1-7(1)(A)(B)(2)(A); check IC 34-37-1-8; IC 34-37-2-1; IC 34-37-2-2; IC 35-41-1-1(b)(1)(2)(3)(4)(5)(B); IC 35-41-1-12; IC 35-41-1-12; IC 35-41-1-13; IC 35-41-1-24; Title 17 Sec 1738 Title 5 USC Sec 552; Title 5 USC Sec 702; 703;  Title 17 Sec 1738; Title 18 sec 2; Title 18 USC Sec 1961;

Title 18 USC; Title 18 Sec 2; Title 18 Sec 1961;Title 18 Sec 1962; Title 18 USC Sec

1963; Title 18 USC 1964; Title 18 Sec 1965(d); Title 28 USC 435; Title 28 USC Sec

455(a)(b)(1)(2)(c)(d)(4)(c); Title 28 USC Sec 1331; Title 28 Sec 1304; Title 28 Sec 1332;

Title 28 Sec USC Sec 1343; Title 28 USC Sec 1346(a)(1); Title 28 USC Sec 1267(a);

Title 28 USC Sec 1391(b)(2)(c)(e)(2); Title 28 USC Sec 1662; Title 28 USC Sec 1657;

Title 28 Sec 1961; Title 28 Sec 2202; Title 28 USC Sec 2401(b); Title 28 USC 2403; Title

USC Sec 2414;Title 28 USC Sec 2671; Title 28 USC Sec 2672; Title 28 Sec 2674; Title

28 USC 2675(a); Title 42 Sec 1983; Title 42 Sec 1985(1)(2) . This is a Class Action for

the American People in common under Federal law and statutes.

(6). Amended Government Tort Claim Notice was personally served on 8/ 30/ 2009; Only

Judge John G. Roberts Denied 11/9/ 2009. Denial received 11/ 13/ 2009. No other Defendants

responded with denial.

## II. CAUSES OF ACTION WITH SUPPORTING FACTS

(7)More facts are in the Statement of the Case with Facts, Memorandum of Support for the

Statement of the Case and Facts, Request Judges' Counsel and To Use Discretion Memorandum

of Support; Memorandum of Support for Statement of Case of Unlawful Religious Treatment.

State Law Certification and Intervention Memorandum of Support; Request for Class Action

Certification Memorandum of Support. I enter here as though they are written herein at length to

be read and understood when they are entered into Court. Former Defendant John G. Roberts

and other Supreme Court Judges in the Supreme Court are and have been involved to this

present date with wrongful actions and omissions: As Chief Justice of the Supreme Court and as

its leader, the Judges together are hiding (concealing) their crimes against the American People

4

behind silence Title 28 USC Sec 2403 and the ancient unconstitutional doctrine of sovereign

immunity. Much U.S. Federal Corp. action has been dismantled in the Baskerville and Foster v.

Credit Bank of Wichita, Federal Land Bank, and First Interstate Bank of Fort Collins 1993

(Baskerville Case). Their guilt has been concealed by this Supreme Court Case. Defendant David

A. Capp as U. S. Attorney continually protects the activities of the U.S. Federal Corp. By his

protecting their activity, they for over one hundred years cause Americans to face their removal

of USA citizenship and holocaust. By unconstitutional legislation, Americans are being

separated from the Organic Constitution and Bill of Rights. All crimes committed remove the

U.S. Federal Corp. officials so called sovereignty because crime removes sovereignty. Their

activity was planned by the banks in the Banker's Manifesto of 1892. This above case continues

to unclothe their conduct against WE THE PEOPLE demonstrating the U.S. Federal Corp. only

makes the appearance of being our government of, for and by the People is actually our deadly

enemy easily proven as in Trading with the Enemy Act Title 50 Sec 1524; Title 42 Sec 2473

(Wars Act) doing daily damage to the People and earth by Chem-trails, vaccinations *et al.* The

Wars Act provides means for attacks on the enemy of the U.S. Federal Corporation which directs

its attacks directly on the American People as the U.S. Federal Corp. enemy not a Citizens whom

they are subject to serve. The Baskerville Case produced the National Economic Security and

Restoration Act (N.E.S. A.R.A.) that is illegally held captive in the Supreme Court by rulings, by

sealing of the case and by not lawfully publishing this new law into active Law. For restoration

of Constitutional Law "How Our Laws Are Made' Document Number 97-120, 97[th] Congress

First Session, VIII Legal Review Page 17, XIX Publication page 45, written by Edward F. Willit

Jr. or Document No. 108-93 Congress First Session January 7th 2003 by Mr. Ney, page 53. is to

5

be used for direction and lawful activation of <u>N.E.S.A.R.A.</u> They break <u>Title 18 Section 2385;</u> <u>Title 18 Section 371; Title 18 Section 1510</u> *et al* listed below.   (8)I call on the Court to use the <u>National Economic Security And Restoration Act</u> (<u>N.E.S.A.R.A.</u>) that gives the Court and People one hundred (100) years of limitation with the <u>Constitution for the united State</u> for Restoration to The American People for government and bank fraud being done for over one hundred (100) years as proven in the Supreme Court in the <u>Baskerville Case</u> in 1993.

(9)Defendant Douglas H. Shulman, IRS Commissioner IRS Commissioner w/Jane or John Doe no official signature or identity, who obeyed IRS orders and quazi legislation, (copy attached) of Kansas City, Mo. 6499-0025 has given Notice of Levy which is illegally supported by statues and laws with un-ratified <u>Amendments 14 and 16th</u> abusing and abrogating the organic <u>Constitution</u> and the American People. The fine is for my giving them true identity and location. The unlawful levy is in the amount of $685.17, dated 09-15-2008 and other IRS continued threats for thousands of dollars on the books for all other Americans by the unlawful IRS, a foreign entity, are permitted to continue on their agenda by quasi law. This is not about the amount or if it is paid or not. It points directly to the principles of laws and the enforcement thereof that permit the damage, not only to me, but every American Citizen. The Defendants U.S. Federal Corp., IRS and OPM demonstrate wanton, reckless disregard for the population of America with purpose to destroy them. By the IRS the <u>Foreign Agent Registration Act of (1938)</u> is broken.

(10) They are using un-ratified <u>14th and 16th Amendments</u> to rob the nation is to be proven by Discovery and already proven in the <u>Baskerville Case</u> held secret by Supreme Court gag order. Relief is withheld from Americans by Supreme Court gag order since 1993 to this present day.

6

(11) John Berry, Personal Official of Management Official, OPM, Other named or unnamed past, Present, Officials, Representatives, agents, and private Consultants of THE UNTED STATES OF AMERICA through the Office of Personal Management. Those named and unnamed Others, as listed in the caption, actively pursue illegal and unconstitutional aggressive actions against the People of America for America's destruction.

(12)David A. Capp U.S. Attorney is counselor of the U.S. Federal Corporation who protects the activity of the illegal and unconstitutional action listed in this case. John Berry, OPM: Damages and Trespass as follows: a) Continual reoccurring damages by wrongful acts, omission of unconstitutional legislation by the Congress giving aid to the foreign entity IRS and others daily. This breaks Article Four Section four of the organic Constitution. By unconstitutional legislation IRS caused damage by Mr. Kimmell bidding for my property for unconstitutional tax is an ever present wrongful act for multitudes of Americans. b) The Federal Government Officials and agencies have caused daily deprivation of home, business, finances, health, education, truth, continual threat of life, depravation of liberty, emotional damage, unlawful religious legislation activity against all Americans and against organic Constitution and Bill of Rights. c) They enforce the support of government religion by fines, license, permits and threat of loss and jail by legislating the conscience of Americans to obey and support government religion by statute, causes grief and often the loss of life by the call for blood by Baal for over 100 years. d) They corrupt the lawful process, violate constitutional Rights, misrepresent while seeking office and swearing Oath of Office then act arbitrarily toward Official duty and authority by abrogating American Rights and lives. e) Their intent is foreseeable unreasonable risk of harm to you, WE THE PEOPLE and myself by eleven Executive Orders for seizure of all things

7

and people listed below along with many other laws. It is a recognizable plan for legalized national extermination by genocide using war, vaccinations and many other means to prosper the New World Order interest contrary to the People. They use intro-genocide by institutionalizing bio-terrorist mass destruction. f) They write unconstitutional laws, statutes and Executive Orders to the peril of this nation causing danger to be ever present. This quazi law by quazi government is openly demonstrated by the U.S. Federal Corporation for corporate self profit and its power over the American People and other nations. g) In 1962 in February President Kennedy signed Executive Orders purposed or designed to drop Habeas Corpus to kill most Americans and the few Americans remaining the officials plan to imprison in concentration camps built, staffed and waiting to be filled across America is listed below. h) Our Great Law is being slowly eroded and removed by legislation, using HAARP, Home Security, FEMA, CIA, war corporations and Federal agencies and other means using martial law at the location of take over. The PATRIOT ACTS I: II and others they are using to defraud the People. i) Our help by a new constitutional Law N.E.S.A.R.A. is daily being withheld by not following lawful publishing procedure by Supreme Court's wrongful acts of unlawful Orders and breaking their Oath of Office to protect U.S. Federal Corp. profit and power on the home front and inter-national New World Order and permitting the Federal Reserve Bank rule the nation unlawfully. The Comprehensive Annual Financial Report is breach of trust required by Discovery. j) Roe v Wade ruling oversteps the right of the Judges to make law instead of interrupting it according to its original meaning. k) The state has became owner of all our bodies and property of the People by fraud by the use of quazi law, quazi statute and deception by means of banks, pharmaceutical companies and war machinery unconstitutionally. l) Toxic vaccines MMR, DPT, Avian swine flu shots for H1N1

8

virus and others are proven to be toxic causes of autism and H1N1 has a 15% death rate in Poland. People like me that never get the flu are ordered by an unconstitutional statute to get the flu by the shot and possibly die from it or go to jail while all property is to be confiscated which is harsh punishment for being healthy and holy without remedy. This demand aborts the 4th Amendment of personal safety. This is to increase the death toll. Autism has been before Congressional Hearing by Rep. Dan Burton, April 6, 2000 is still in the Trading With The Enemy (Act Wars) Act Title 50 Section 1524 Amended January 2, 2006. Congress has not moved to correct for over twenty years. Vaccination is what U.S. Federal Corp. does to their enemy by deciding the American People are their enemy. Vaccine has spiritual connotations contrary to the beliefs of spiritual people. Wars Act Title 50 Chapter 32 Section 1520 held an open door to new laws of legislated murder by legalizing chemical warfare on the population without their knowledge or consent. Title 42 Section 2473; This law overrides the 4th Amendment Rights. The Wars Act by one word changed made the People the enemy of the Federal Government and contribute to the slow death of this nation in 1933. Title 18 Section 1111 Murder is murder even if legalized by statute no matter if it slow or sudden it is still murder of a nation. Murder is being legislated. The quasi government now demands immunization to remove more of our liberty, lives and Right to make our own choices. m) The CIA has done great damage to the American People within this country such as killing of leaders of integrity and on the international scene such as robbing Nicaragua *et al* which will bring them to war against us. n) U.S. Federal Corp. officials using undue influence by quazi laws and quazi statutes and false news media reports to break their Oath. They affirm their support of the un-constitutional laws through legislation, its enforcement by agencies unconstitutionally. o) The

9

Food Safety Bill HR2749 is quazi safety; is confiscatory extortion and legislated murder therefore obnoxious to the Americans and organic Constitution by having no remedy. These abort the 4th Amendment. p) To this day after over 100 over years UNITED STATES and IRS continue to pursue the finances and lives of WE THE PEOPLE by unconstitutional laws and statues. IRS and government with other corporations and banks work together. q) Congress omitted removing the Judges from office for bad behavior. Constitution for the united States of America Article Three Section One. r) The 14th and 16th Amendment have never been ratified therefore illegally used to support many unconstitutional fraudulent laws and statutes. Much of the legislation is contrary to all men is extortion. s) Seat belt laws are not for safety but revenue are legalized extortion.  t) The quazi government by means of quazi legislation and its enforcement, silencing the truth (concealment) and telling lies and part truth, using the news media have held undue influence upon Americans. Undue influence is species of Constructive fraud to take undue advantage. u) The federal government and agencies have failed to act as required in their official capacity in nearly all, if not every arena to be corrected. v) The government, pharmaceuticals and war corporations by using fraud have participated in intro-genocide by institutionalized bio-terrorist mass destruction in addition to war which is obnoxious to the lives and freedom of the American People and the organic Constitution. w) Legislation of conscious by hate crime legislation such as and including Congressional Bill S909 is unconstitutional law to be stopped. x) Unconstitutional laws are being passed so fast to prepare for the annihilation of this nation's People that there isn't enough paper to inform the Court of the needed correction. They are wanting this land to becomes their wooded area so they can have it all prepared for their comfort after our demise. y) Officials and agencies have failed to act

10

and/or acted beyond their authority of office.  z)**List of Executive Orders** to seize all things and People by dropping Habeas Corpus is being practiced piece meal by FEMA aided by HAARP *et al*: Orders 10995; 10997; 10998;10999;  **11000;** 11001;11002; 11003; 11004;  11005; 11051.

   **(13)List of Laws Broken causes Trespass and need of restitution:** as follows: One) The Constitution "for" the united States of America and the first Ten and Thirteenth Bill of Rights; The Constitution for the united States of America Article One Section Six; Article Two Section Four: National Economic Security And Restoration Act (N.E.S.A.R.A.).  Title 18 USC Sections 1581; 1583; USC Title 18 Section 880; USC Title 26 Section 7214(a); RRA 1998 Section 1203; Warrant by Federal Magistrate or Sheriff has not been located IC 6-8. 1-12; USC Title 28 Section 2241; CFR 26 Section 601(f)(i); IC 35-44-1-2(1)(2); USC Title 26 Section 861; IC 35-44-1-2(1)(2); 26 CFR Section 1.861, 1.861(b), 1.863(c), 8.06(1); CFR 186-8; CFR 26 Section1.1-1, 1.861-141, 1.863-(c); USC Title 26 Section 7433; IC 35-45-2-1(2)(4);  IC 35-41-2-4; IC 36-2-11-19(b); IC 16-34-1-2; IC 26-1-3.1-305(c); USC Title 26  Sections 71, 77;  CFR 186-8; USC Title 26 Section 861; USC Title 26 Section 7433; CFR 26 Section 1.1-1  1.861-1 through 1.861-141, 1-863(C);  IC 35-43-4-3; IC 35-43-4-1(a)(1)(b)(1)(c); IC 35-45-21(a)(1)(2)(c)(2)(4); USC Title 39 Section 3005(a); Title 18 USC Sec 1341; Title 18 USC Sec 1344  Bribery by law, USC Title 18 Section 201(A)(B) (C)(2);  IC 31-11-1-5 teaching rebellion against God, Law, parents, by teaching sin religion and murder; USC Title 18 Section 201; IC 35-44-1-2(1)(2) by law; Murder by using laws to bring death upon the People as Federal enemy Title 50 Section 1524 and Title 42 Section 2475, State and Federal Avian swine flu law H1N1 and other virus vaccination laws such as science experiment with seas and ocean to destroy life. These laws abort the 4th Amendment personal safety.  Title 18 Section 1111; IC 26-1-3-305-2-

1(a)(1)(2)(4);   USA Constitution Article One Section Eight Clause (one), Clause (six) counterfeit fiat money by the government; changed form of government and the name of the Constitution and my name to all caps by the U.S. Federal Corp pretending to be official government; Article One Section Ten Clause (one)  USA Constitution Article One Section Two Clause (Three); USA Constitution Article One Section Eight Clause (one); Article Four Section Four removal of the guaranteed Republic and not protecting but rather attacking the Citizens of the united States of America and blaming others. USA Constitution Bill of Rights Nine and Ten have been breached by the U.S. Federal Corp. controlling the States under pressure by withheld funds *et al.* Legislating government religion contrary to Amendment One.  Article Three Section One Judges were not removed from office for contrary behavior.  USA Constitution, Amendments One through Thirteen broken.  Humanistic Religion forced by law on all People does not permit their own expression. 1st Amendment IC 34-7-7-2; Article One Section Nine Clause eight Nobility unlawfully permitted.  Title 18 Section 2385 and Title 18 Section 371; Title 18 Section 1510; Title 18 Sec 1503  Then there is the secrecy of the Congressman not being willing to tell about them when requested for information as has happened to me by the Representative. Title 5 Sec 552

(14) **Some of the Laws and agencies used to break the above laws causing Damage and Trespass against the organic Constitution**: Title 28 Sec 2403; The Act of 1871; Trading with the Enemy Act amended by FDR with Amendatory in 1933 (The Wars Act); Title 50 Section 1524; and the Noahide law the un-ratified Fourteenth and Sixteenth Amendment, IRC, CFR, All Executive Orders, use to drop Habeas Corpus, The Wars Act, FEMA, HAARP, FDA, Educational System, Homeland Security, CIA, IRS, Licenses and others are used.  Federal

12

Reserve Banking System laws and Federal and state statutes that abrogate the Common law are a breach of trust and the organic Constitution; Educational laws; FDA laws; Home Security Act and PATRIOT ACTS I; II, FEMA and HARRP laws are not Constitutional and unlawfully implemented; the arm forces and false war, Food Safety Bill HR2749. IC 31-8-1-2 an "owned individual" which became IC 31-9-2-63; IC 31-9-2-126 and IC 31-9-2-127 "surrogate parents, surrogate agreement of intended biological parent brings enslavement Title 18 Sec 1581; 1583." IC 31-11-4-15 Marriage license. Laws and agencies are developed for the purpose for American's destruction. This is only a partial list.

### III PREVIOUS LAWSUITS

(15) Court: Federal District Court, Northern District of Indiana, Fort Wayne Division Honorable Judge Theresa Springmann Docket No. 304-CV-250TLS; Date Filed 4-06-04 Date Closed 9-30-05 Without Prejudice; Docket No. 1:10CV134TLS Date filed 5-5-10 service failed. Without litigation.

### IV. RELIEF

**(16) Prayer for Release, Relief and Restoration is to: 1)** Reopen the sealed Baskerville Case for N.E.S.A.R.A.to bring it into lawful position by following "How Our Laws Are Made" of the required publication and to notify WE THE PEOPLE by radio, TV and other news media the detailed truth by dropping gag order for this new Law; and 2. N.E.S.A.R.A. rules are to be followed already set forth or if necessary continue to mature it according to the Constitution "for" the united States of America. All Claims are to be Ordered and fulfilled for every Claimant in common as ruled in the Baskerville Case and all remaining issues are to be fulfilled from this case in addition to N.E.S.A.R.A. requirements; and 3. Defendants are to pay fifty million dollars

13

($50,000,000.00) to me Damaris June Rhodes for my life time payment of compound interest on debts, illegal taxes, and religious licenses (bribes) paid to do my God given Rights for government religious activity, which totals to far more than fifty million dollars; and 4) Pay to me an additional five million for U.S. Federal Corp. threats and acts of terrorism in conjunction with Israel and U.S. Federal Corp. activity on 9/11 and their policies with Palestinian politics false peace talks causing the actual attacks and continual media and Federal terrorist threat is to be stopped. Stop meddling in other nations affairs by murdering the leaders of other nations *et al*; and 5) Pay to me five million additional dollars for financial, physical and emotional harm caused by unlawful activity by the FDA, CIA, HAARP and pharmaceutical medical and other corporation's activity working in cooperation, vaccinations, food additives, air, water, sound and land harm *et al* unlawful action of legal genocide. Title 50 Chapter 32 Sec 1524; Title 42 Section 2473 activity in the areas of air, food, water, and land contamination are to be repealed and removed. HLH Warenvertriebs and Orthica Joined Case C-211/03, C-299/03, C-316/03 and C-318/03) 9 June 2005 UK Counsel on water declare fluoride must be treated as medicine. Hitler gave it in the nations he defeated to damage and sedate them; and 6) Pay to me five million additional dollars for deprivation of education by selective government choices of who is or is not to get the best education which are to be corrected inner city and farm children by the wealth distinction are to be dropped. Remove the propaganda lies, religious teaching, improve educational procedures and bring back our true history. Bring back intelligent science in health education so students do not have to leave the country to learn how to make things work; and 7) Pay to me five million additional dollars for unconstitutional religious treatment which has put our nation under siege. Remove statues and laws legislating conscious such as hate laws and

14

government religious practices that are contrary to Amendment One. (Examples: Their religious expression includes the siege of Wako, Oklahoma, six state lights out, government brochures for Home Security and 9/11 *et al*); and 8) Pay to me five million additional dollars for punitive damages. A total of seventy-five million dollars (75,000,000.00); and 9) All restitution and punitive damages are to be paid thirty (30) calendar days from the date of the Decision or Order. If unpaid within the thirty 30 calendar days, pay an additional one additional million U.S. dollars per every thirty (30) calendar days thereafter until paid, which is also to be punitive damage. Interest is acceptable; and10). All Executive Orders are used to break Oath of Office, therefore their use is to be totally stopped, cease and desist them along with the needful dismantling of concentration, death camps and FEMA distribution centers and Order removal of the laws used to fill them; and 11) The Federal quasi governments, state and national, are to let go of the tight reigns of spying on the American People's every move. U.S. Controllers demand for spying must be stopped by removing the use of cameras from satellite and other means of control such as media propaganda; and 12) Remove and repeal laws and statutes that cause collection of revenue by taxes, remove traffic tickets extortion fines, (all revenue extortion) in the states including seatbelt extortion that has nothing to do with safety. Collecting fine revenue such as tickets, fines, permits and licenses when no harm is done to any one or their property or by anyone is unconstitutional revenue; and 13) Remove legislation of conscience for/of government religion that charge for God given Rights of marriage and the owning of property that unconstitutionally taken our property, including the recording of property for taxes. Restore the Deeds for property that belong to the People. Remove Birth Certificate statutes; and 14). Arbitrary law or Court ruling is not to abrogate the the 100 years of Restoration provided by N.E.S.A.R.A. to the Americans

15

or myself; and 15) No unconstitutional case cites, laws or statutes are to be used in this case for Decisions or Orders; and 16) Such other and further relief not listed as the court may deem proper or appropriate. FRCP 54(c) 17) Amendments 14 and 16 are to be properly removed along with all the laws they have supported that are not constitutional; and 18). Remove the Noahhide laws, PATRIOT ACTS I and II, vaccine statutes, gardening HR2749 Food Safety law and nutritional restrictive statutes listed above brought about by WHO world control that cause other harmful unconstitutional statute includes Trading With The Enemy Act and the Home Security Act; and 19) Dismantle HAARP; 20) Dismantle the deadly CIA; and 21) Bad purpose, Rex v. Delaval, 3 Burr 1434, 97 Eng. Rep. 913 (K.B.1783) is to bring release. I pray the decree of the Court forever enjoining Claimant to promptly provide Release, Relief and Restoration from governmental entanglement for WE THE PEOPLE and myself is to be as King Nebuchadnezzar of Babylon did for Jeremiah, in Statute Jeremiah 39: 11-14, 17; 40: 4-6. King James Version The King freed him and gave Jeremiah provision, reward to make provision (reward for this case is payment to me for Trespass and Damages) of laws, agencies and camps to be corrected as listed herein. The Right to life is not to be turned into paid for privileges for WE THE PEOPLE to have taken away by a fraudulent quazi government; and 22) The intimidation and threat of death by gage order on all of the government officials and news media against N.E.S.A.R.A. is to be Ordered stopped by the Supreme Court; and 23) No gag order is to be placed upon this case. The American people are to be told the truth about the Baskerville Case and this one by necessary media exposure; and 24) International Treaties made contrary to the Constitution and Americans are to be extinguished, which includes the New World Order treaties and laws including warming climate taxes, stop the governments dismantling the Americans People's

16

government by quasi government legislation, *et al*; Restore the Americans back to their organic Constitution. The American People are to rule themselves, not to be ruled by foreign entities; and 25) Stop state and Federal laws for the Avian swine flu H1N1 *et al*, and Congressional Bill S909. Vaccinations are to be by choice to all People plus they are to educated with the truth about them; and 26) The U.S. Federal Corp. is a quasi government by false activity and purpose not in the interest of the People therefore is not qualified to hold their position as government of, for or by the People. Therefore as enemy of the People Title 28 USC 2403 is not for their use along with other statues that is intended for the authentic government in this case. The Certification of state laws requested is to be done because the People's government is not involved. U.S. Federal Corp. is acting quasi government; and 27) The ocean and air experimental laws to permit the destruction of its life that were voted to be permitted for a period of five years are to be stopped; and 28) Stop the laws that take land from farmers to plant trees for World leader provision for their making America an animal range for the New World Order. They want America to be their utopia excluding Americans; and 29) The many laws for many years have been passed in rapid succession that Congressman will not tell about. I require the laws to be carefully examined for their being constitutional. If they're not constitutional then they are to be repealed; and 30) **No kind of discrimination** is to be contrived against this case for any reason for the sake of the American People. Religion, finances, age, or class of Pro se or any other made up reasons or excuses are not to be ruled against the American People or me in this case by the Courts; and 31) Every party that has been put into prison or concentration camps in the USA for unconstitutional reasons including the demand for vaccination are to be released and restored to their original property and financial status as before and one hundred thousand dollars for what they were put

17

through; and 32) For every estate of those who were killed in the USA because of the unconstitutional laws for the refusal of taking the vaccination and other such laws is to be rewarded two hundred thousand dollars to their estate for the descendents; and 33) **Silent Sound Spread Spectrum (SSSS)** and Electronic Stalking and Mind Control (ESMC) are not to be used on People anywhere in any way. They're being used in any form is to be stopped, whether by Federal or foreign entities. The Americans are to be protected. Stop neurotransmitters use for silent war against people. The American victim of these weapons are to be aided back to recovery from the abuse of U.S. Federal and foreign entities; and 34) For the preservation of this abused and life threatened nation the Courts will purpose to fairly counsel, aid, direct and advise this Pro se to bring to an successful end to discontinue the endangerment of the American People by the long standing horrendous injustice; and 35) The financial stability of the People's government is to be restored; and 36) The Release, Relief and Restoration Memorandum of Support is to give further instructions therefore I enter it into this Claim as fully written at length herein. 37) This case is not to be sealed from public access for any reason.

**Stipulations**: This Claim is to be filed in the Fort Wayne Federal District Court under the hand of the Clerk of Court and to be of the same force and effect as if made in open Court and entered on the minutes of the proceedings.

I, the Claimant, reserve all constitutional Rights. Non Assumpsit without prejudice receiving all Natural God-given, unalienable birthrights waiving none forever and declare the above Claim.

I, Damaris June Rhodes declares the above Claim to be true, correct and certain to the best of my present Knowledge and understanding, so help me God The Almighty.

Date _____ 8/11/10 _____

Sign _Damarie Jane Rhodes_ Sui Juris

c/o 2516 Bowser Avenue Apt #3, Fort Wayne, Indiana Phone 260) 744-4871

### V. VERIFICATION AND SIGNATURE

__djr___ I have included properly complete summons forms for each defendant I am suing, and also one for each Defendant for the U.S. Attorney General and other required Officials for the Officials I am suing, including full name, job title and work address and Others. This includes one for: Douglas H. Shulman IRS Commissioner, Officially and Individually; and John Berry, Officially and Individually, OPM, Other named or unnamed past, Present, Officials, Representatives, agents, and private Consultants of THE UNITED STATES OF AMERICA; and . David A. Capp, U. S. Attorney, Officially and Individually.

__**djr**___ In addition to this claim with an original signature, I have included on copy of this claim for each defendant and for U.S. Attorney General and for the Court.

__djr___ I have included full payment of the filing fee. I agree to promptly notify the clerk of any change of address. To be served by a server.

__djr___ I declare under oath that the foregoing is true and correct to the best of my knowledge and understanding so help me God.

Sign _Damarie June Rhodes_ , Date___ _8/11_ ___ 2010

19

Supreme Court of the United States
Washington, D. C. 20543

THE LEGAL OFFICE

November 9, 2009

CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Damaris June Rhodes
2516 Bowser Avenue, Apt. 3
Fort Wayne, IN 46803

Dear Damaris Rhodes:

On November 3, 2009, this office received your "Amended Government Tort Claim Notice" dated October 30, 2009.   This letter will serve as official notification that any administrative tort claim that you may intend to state against Chief Justice John G. Roberts, Jr. is denied in full.

If you are dissatisfied with the administrative disposition of your claim, you have the right to file suit in an appropriate United States District Court within six months of the mailing of this notification.   See 28 U.S.C. § 2401(b).

Sincerely,

Scott S. Harris
Counsel

(202) 479-3282

 **IRS** Department of the Treasury
Internal Revenue Service
KANSAS CITY, MO  64999-0025

Notice Number: CP 504
Notice Date:  09-15-2008

**SSN/EIN:**  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
**Caller ID:**  982450

7178 2665 9396 6167 9765



DEMARIS J RHODES
2516 BOWSER AVE APT 3
FORT WAYNE   IN   46803-3469034


*305382965101*

063470

# Urgent !!

## We intend to levy on certain assets. Please respond NOW.
(To avoid additional penalty and interest, pay the amount you owe within ten days from the date of this notice.)

Our records indicate that you haven't paid the amount you owe.  The law requires that you pay your tax at the time you file your return.  This is your notice, as required by Internal Revenue Code Section 6331(d), of our intent to levy (take) any state tax refunds that you may be entitled to if we don't receive your payment in full.  In addition, we will begin to search for other assets we may levy.  We can also file a Notice of Federal Tax Lien, if we haven't already done so. **To prevent collection action, please pay the current balance now.**  If you've already paid, can't pay, or have arranged for an installment agreement, it is important that you **call us immediately** at the telephone number shown below.  Current balance may include Civil Penalty, if assessed.

### Account Summary

| Form: CIVPEN | Tax Period: 12-31-2001 |
|---|---|
| **Current Balance:** | $685.17 |
| Includes: | |
| Penalty: | $0.00 |
| Interest: | $185.17 |
| Last Payment: | $0.00 |

For information on your penalty & interest computations, you may call 1-800-829-0922

See the enclosed Publication 594, *The IRS Collection Process*, and Notice 1219B, *Notice of Potential Third Party Contact*, for additional information.

Questions?  Call us at **1-800-829-0922**

Please mail this part with your payment, payable to United States Treasury.

Notice Number: CP 504
Notice Date: **09-15-2008**

write on your check:

| CIVPEN | 12-31-2001 | 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 |
|---|---|---|

Find information about filing and paying taxes at: www.irs.gov
Enter Keyword: filing late (or) paying late

Amount Due:
$685.17

Internal Revenue Service
KANSAS CITY, MO  64999-0025

lIlIlIIlIlIlIlIIlIlIlIIlIIlIIlIIlIlIlIIl

DEMARIS J RHODES
2516 BOWSER AVE APT 3
FORT WAYNE   IN   46803-3469034

305382965 HD RHOD 55 0 200112 670 0000068517