FILED

**Federal District Court**

**Northern District of Indiana**

**Fort Wayne Division**

2010 AUG 13  AM 10: 39

STEPHEN R. LUDWIG, CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

| | |
|---|---|
| *in re* Damaris June Rhodes. *Sui Juris* )<br>Claimant ) | |
| ) | |
| VS ) | Case Number 1:10 CV 269 RL |
| ) | |
| Douglas H. Shulman )<br>IRS Commissioner, )<br>Officially and Individually )<br>and ) | |
| David A. Capp )<br>U.S. Attorney )<br>Officially and Individually )<br>and ) | |
| John Berry OPM Other named, )<br> unnamed past, Present, Officials, )<br>Representatives, agents, and private )<br>Consultants of THE UNITED STATES )<br>OF AMERICA ) | |
| Defendants ) | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Damaris June Rhodes.

Name _____ N/A
Address _____
No Fax

I certify that I am admitted Pro se in this court.
Date     8/11/10

Signature *Damaris June Rhodes*

Print Name <u>Damaris June Rhodes</u>

Address <u>c/o 2516 Bowser Ave. Apt 3</u>

City <u>Fort Wayne, Indiana</u>

Phone 260) 744-4871 No Fax

I, the Claimant, reserve all constitutional Rights. Non Assumpsit without prejudice receiving all Natural God-given, unalienable birthrights waiving none forever. I, Damaris June Rhodes declares the above Appearance to be true, correct and certain to the best of my present Knowledge and understanding, so help me God The Almighty.

Date _____ 8/11/10 _____

Sign _Damaris June Rhodes_ Sui Juris

**Certificate of Service**

I, Damaris June Rhodes, Pro se do certify that a copy of the foregoing Appearance was mailed by U.S. mail to all interested parties on the above date.

Sign _Damaris June Rhodes_ _____ Pro se