FILED

## Federal District Court

### Northern District of Indiana

2010 AUG 13 AM 10: 40

### Fort Wayne Division

STEPHEN R. LUDWIG, CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

| | |
|---|---|
| *in re* Damaris June Rhodes. *Sui Juris* ) | |
| Claimant ) | |
| ) | |
| VS ) | Case Number *1:10CV269RL* |
| Douglas H. Shulman ) | |
| IRS Commissioner, ) | |
| Officially and Individually ) | |
| and ) | |
| ) | |
| David A. Capp ) | |
| U.S. Attorney ) | |
| Officially and Individually ) | |
| and ) | |
| ) | |
| John Berry OPM Other named or ) | |
| unnamed past, Present, Officials, ) | |
| Representatives, agents, and private ) | |
| Consultants of THE UNITED STATES ) | |
| OF AMERICA ) | |
| Defendants ) | |

## Motion for Release, Relief and Restoration

(One) the Claimant moves the Court to give directive or Order to the UNITED STATES

Magistrate to order the Release, Relief and Restoration as required in accord with all as

required in Release, Relief and Restoration Memorandum of Support and Claim; for the

Chief Justice of the Supreme Court Officially and Individually and Douglas Shulman, IRS

Commissioner, Officially and Individually: OPM, Other named or unnamed past, present,

Officals, Representatives, Agents, and private consultants of the UNITED STATES OF

AMERICA.

**Prayer for Relief:** I now enter for Relief as though fully written here in from the Claim

accompanied with detailed instructions in Release, Relief and Restoration memorandum of Support instructions.

**Stipulations**: This Motion for Release, Relief and Restoration is to be filed with the Clerk of the court and bring the same force and effect as in open court and be written in the minutes of procedure.

I reserve all constitutional Rights. Non assumpsit without prejudice receiving all natural God-giving, unalienable birthrights waiving none forever.

I, Damaris June Rhodes. declare the above Motion for Release, Relief and Restoration to be true, correct and certain to My Knowledge and understanding, so help Me God, My Father.

Date _____ 8/11/1.

Sign _Damaris June Rhodes_ (*Sui Juris*) Phone 260)744-4871

c/o 2516 Bowser Avenue, Apt. 3, Fort Wayne, Indiana 260) 744-4871

**Certificate of Service**

I, Damaris June Rhodes, Pro se certifies that a copy of the foregoing Motion For Release, Relief and Restoration was mailed by U.S. mail to all interested parties on the above date.

Sign _Damaris June Rhodes_ Pro se

2