# Federal District Court

## Northern District Of Indiana

## Fort Wayne Division

| | |
|---|---|
| *in re* Damaris June Rhodes. *Sui Juris* )<br>Claimant )<br>)<br>VS )<br>Douglas H. Shulman )<br>IRS Commissioner, )<br>Officially and Individually )<br>and )<br>)<br>David A. Capp )<br>U.S. Attorney )<br>Officially and Individually )<br>and )<br>)<br>John Berry OPM Other named or )<br>unnamed past, Present, Officials, )<br>Representatives, agents, and private )<br>Consultants of THE UNITED STATES )<br>OF AMERICA )<br>Defendants ) | Case Number 1:10 CV269 RL |

### Release, Relief and Restoration Memorandum of Support
FRCP 54 (c)

Comes now, Damaris June Rhodes., to move the Court for Release, Relief and Restoration for this nation for the following reasons: This case is a plea for WE THE PEOPLE who are targeted for elimination, extinction with a few left for enslavement by being put into slave and death camps. I would not be in court for me because of the effort and expense, but for the need of this nation's People. This is to prevent or stop an American holocaust that has been and is now in process by unconstitutional legislation and <u>Executive Orders, PATRIOT Acts I; II; FEMA, HAARP, Home Security</u> *et al* due to the government religion, their practice of it then enforcement of the People to obey and to support their religion in activities and financially. The government uses un-ratified laws

as law such as the 14th and 16th Amendments then make unconstitutional laws based on these laws that are not Law. Banks, government and other corporations conspire by fraudulent acts then by unconstitutional laws and statutes create continually tighten slavery based on the 14th Amendment and numerous other quazi laws. WE THE PEOPLE owned the gold were the ones put into slavery by birth certificate used by the banks and government by their fraudulently handling the gold. They treat WE THE PEOPLE as their enemy by laws day and night doing Damage throughout Our entire lives as evidenced in my Court documents. We therefore remain within the statutes of limitations continually by daily unlawful quazi government activity by Title 50 Sec 1524 and other quazi legislation. We are not dealing with true authentic constitutional government but a U.S. Federal Corporation in business for self profit and power. All Constitutional Citizens and citizens are considered an enemy of the UNITED STATES by the Wars Act. A constitutional Citizen knows where they live therefore recognize the deceit of the UNITED STATES territories. The government keeps Us in their jurisdiction because the government has not maintained the same lawful jurisdiction, but took over in every arena and location. Title 28 USC Sec 2403 is used to be irresponsible, dictatorial and destructive leaders.

I, Damaris June call on: 1. on the Constitution for the united States of America. I call on Rule 54(c).

2. I call on the National Economic Security And Restoration Act (N.E.S.A.R.A.) that is unlawfully withheld from being lawfully placed as Law by its needed to be published by the Supreme Court. N.E.S.A.R.A. provides for 100 years limitation for reward for government and bank fraud which surpasses the statute of limitation. N.E.S.A.R.A. is called on to be fulfilled and lawfully in place by this case. The Supreme Court has not obeyed "How Our Laws Are Made"

therefore preventing this new law from being put in place by publication to bring about government will upon the People against our will and our lives. Much is being done without Our knowledge or consent. Representatives maintain silence when we request information.

3. I call on the Universal Code of Law for Life of the Bible. I retain the statutes of Scripture throughout this case as in the Book of Esther to replace of the unconstitutional statutes and laws and case cites forced upon WE THE PEOPLE by legislation that abrogate the Constitution for the united States of America. No laws are to be used that abrogate the Constitution for the united States of America. Any law or statute other than the constitutional laws and statutes are color law has no authentic authority except the power of force.

4. I call on the spirit of the Law not the letter of the law. The lives of all Americans are in great foreseeable danger. This case is a plea for WE THE PEOPLE who by the millions are targeted for elimination, extinction and the few that are left placed slave camps. This is found in the Foreign Affairs Journal Mar/Apr 1996 *et al*. Unconstitutional legislation has made Executive Order, PATRIOT ACTS *et al* then their use of FEMA, Home Security and others due to the government religion, its practice and forcing the People to support and practice government religion by their unlawful legislation against Our will and often without Our knowledge or understanding.

5. I call for Judges of integrity that are not thirsty for the blood shed of millions of Americans to prevent our holocaust.

6. I do not call on the government color of law which is contrary to WE THE PEOPLE and that has only power is without true authority by fraud, but rather on the organic Constitution. I do not call on the case history cites using unconstitutional law. unconstitutional legislation are not to be used such as Executive Order, PATRIOT ACTS *et al or* use FEMA, Home Security and many others due to the government religion, its practice.

3

7. I call on the Almighty God to open the eyes and hearts of the Courts to set the American People free from foreseeable unlawful enslavement and the plans for Our demise.

(One) (a) After the Court's careful study of the evidence should cause awareness of the injustice done by unjust and unconstitutional laws making Relief reward necessary to release WE THE PEOPLE and myself. We need the release of our property and activities. Daily Our lives are under threat of/and harmed, In my Court Documents danger and damage by secret but deliberate government fraud as stated and proven in many ways. Honest Judges with integrity will move to fulfill this Document's demands and more because of the Federal Court Ruling 54 (c) states that the Court is to provide the things the Claimant needs even though the Claimant has not requested them. (b) Liberation from unlawful licenses and many other things are needful and (c) Require N.E.S.A.R.A. to be lawfully put into position as Law by "How Our Laws Are Made" to benefit all of this nation, and to prevent or stop the destruction of this nation which are now being carried out for bad purpose by the leaders' own agenda. Executive Orders have been listed in Memorandum for Support of Statement of the Case and Facts violates which sidestep the Constitution for the united States of America. There is no other means of recovery except N.E.S.A.R.A. that is being withheld unconstitutionally as Documented. The Executive Orders are calling for a foreseeable American blood bath. (d) WE THE PEOPLE need to be able to identify, defend Our lives. The statutes have been removed to prevent our Rights and our true identity in America. By 1040 Form the IRS fines for the true identity and truth that they deny therefore brings about financial harm break the Fifth Amendment.

(One)(b) Since the government officials and Judges appear to make the appearance of swearing to uphold the organic <u>Constitution for the united States of America (USA Constitution</u>) there has been a shortage in our education to deliberately dumb down of the People in this nation concerning their constitutional Rights. The people do not know what is or is not lawful, I therefore pray this Court give clear understandable Orders on issues that are lawful according to the <u>USA Constitution and Bill of Rights Amendments One through Thirteen</u> and <u>N.E.S.A.R.A.</u>. These laws agree that We should not be deprived of Our Rights because of the ignorance of others, who wish to do business with each other. Examples: (One c); The Federal citizen needs a "Certificate of Title", makes their car a state owned vehicle. A constitutional Citizen needs a "Certificate of Origin" does not turn over to state ownership of their car, truck, bus, camper, plane, etcetera. The federal citizen is unfamiliar with such information or need and therefore do not know how to comply.

Example (Two): To do business because of this ignorance a constitutional Citizen needs Court Orders to address such issues that Our liberty be not deprived. Banks, other institutions, business or agencies are to be Noticed or WE THE PEOPLE are to be given provision to Notice them that they are not to demand SSN *et al.*

(Two) (a) **Broken Laws and unconstitutional laws and acts constitute Damages and Trespass** multiplying daily: (b) The <u>Constitution for the united States of America</u> is broken by unconstitutional laws and statutes which also causes cites of precedent rulings to be in error constitutionally are counted as a Damage for this Release, Relief and Restoration is a partial list: <u>USC Title 18 Sections 1581; 1583</u> enticement into peonage. Extortion <u>USC Title 18 Section 880; USC Title 26 Section 7214</u> such as the seat belt

fines have nothing to do with safety but have became exorbitant amounts of extortion (a). Distraint and restraint USC Title 28 Section 2241; Take property not based on law CFR 26 Section 601(f)(1); Public servant who performs acts forbidden by law IC 35-44-1-2(1)(2); Reckless disregard for provision USC Title 26 Section 7433; Threat IC 35-45-2-1(2)(4); murder Title 18 Section 1111; Aiding and abetting murder by permission IC 16-34-1-2; IC 26-1-3.1-305(c); are examples of misrepresentation of purpose of law thereby making some court decisions prove to be for tax purposes not protection from fraudulent second sale to whip people into line to give up their property to the state; IC 26-1-3-305-2-1(a)(1)(2)(4); CFR 186-8; USC Title 26 Section 861 Liable for damage and basis for damage in court of law; USC Title 26 Section 7433; CFR 26 Section 1.1-1 1.861-8 through 1.861-141, 1-863-(c) Unauthorized control of our bodies and lives IC 35-43-4-3; Fraud IC 35-43-4-1(a)(1)(b)(1)(c); Silence conceals trick, scheme of false representation, false writing or document knowing the same to contain false, or fraudulent statement; Intimidation IC 35-45-21(a)(1)(2)(c) (2)(4) by 1040 Form requires witness against ones self and levy that has happened to me by the IRS is Mail Fraud USC Title 39 Section 3005 (a); Bribery USC Title 8 Section 201(a)(b)(c), teaching children disobedience IC 36-2-11-19 (b); Distraint USA Constitution and Bill of Rights Amendment IV; USA Constitution Article One Section Eight Clause (one); Clause (six) counterfeiting of Congress by creating money without substance, gold or silver backed, a foreign Roman counterfeit monetary system by distraint with the Federal Bank's ruling this country and not the government and using Federal Reserve Note and destruction of silver mints by the army, creating debt un-payable notes contrary to Common Law under the USA Constitution; Article One Section Ten Clause (one) Congress has thereby written laws

6

impairing the Obligation of Contracts, the currency is supported by the imagination, counterfeit, fiat, play money therefore inflated like prideful heads having no value; if the State or People are not to do these things then the Congress is not to do them either; Article One Section Nine Clause (four); Article One; Article Four Section Four by removal of Republic and allowing Nazi government style to rule in this nation. The USA Constitution and One through Thirteen Bill of Rights breached by unconstitutional laws that break it entirely. Obstruction of Justice and by intra-corporate conspiracy to defraud and overthrow the UNITED STATES and many more. Title 18 Section 2385; Title 18 Section 371 and Title 18 Section 1510. Dropping Habeas Corpus by Executive Order is deadly. You can imagine how it will affect the whole world, every man, All Americans included while living under martial law if they live. More are in the Claim to make this complete. The vaccination of swine flu is the breaking of the 4th Amendment personal safety.

(Three) for this case alone over fifty Damages and Trespass that have hindered my pleading for WE THE PEOPLE are as follows: (a) over ten John and Jane Doe I.R.S. agents besides the two previous Defendants who are I.R.S. agents; (b) and the two Officers of Noble County as former Treasurer and Auditor; (c) four Noble County Deputy Sheriffs; (d) all opposing lawyers for the officials who are for the Defendants, also one (1) Mr. Kimmell's lawyers who was purchaser of my property from IRS who did not properly represent him because I discovered latter the case was past the statute of limitation. Not honest representation. (e) all opposing Court Attorneys, having before been in Federal District Courts many times never having litigation one time, number of lawyers unknown; and (f) one (1) time in Noble County Circuit Court having three (3)

lawyers now this case which cause numerous damages to this date; and one (1) Noble County Judge also a party; then one (1) time Indianapolis number of officials unknown and the case was unheard; and (g) having to file in court other times to prevent or stop a prepared blood bath in America; (8) times (3) times to Chicago Appeals Court ; (3) court attorneys per filing; with (h) Clerks having misfiled in two cases by putting two wrong addresses on the same envelope; and (i) the number of court attorneys unknown to Me, in the Supreme Court two times to date which includes misfiling, mishandling and misinformation, uninformed public and prejudice Rights of belief; and (j) a long list of opposing laws, treaties and statutes, legislating the Peoples conscious, fraud, bribery, extortion, aiding and abetting, murder by violence, poison, slow death or other means, without due process private property taken without warrant, unlawful laws, laws void for vagueness, bad faith of Congress and others, injustice of the courts, error of prejudice, enticement to peonage, deprivation of Rights unconstitutionally, threat of life many ways, unauthorized control of body, possessions and life, unlawful treatment for religion; peonage, oral threat, and threat by mail and mail fraud by the Federal Government and Internal Revenue Service and Noble County, state and city by sending by mail birth certificate, marriage license and form 1040 scheme of postal fraud; and (k) the Damages caused by the breaking of all the USA Constitution and the Bill of Rights bring the deprivation caused by the many statutes that require bribing by licenses, permits, demand of SSN and more amounting to many more than fifty, actually amounting to hundreds of Damages in every area of life; Daily intra-corporate conspiracy to defraud and overthrow the united States government; Obstruction of Justice in numerous ways N.E.S.A.R.A. being major; l) the hiding of CAFR adds to the Damages by US Federal Corp. pretending

to be injured though they have hidden these finances. One hundred years for damages are covered for WE THE PEOPLE by N.E.S.A.R.A. for government, banking and IRS fraud. (m) Relieve everyone that has been put into prison without charges or trial from the State Statute and Poverty Prison Federal Labor or Death Camps filled by martial law. n) due to faults claimed and prepared war bring in compound interest and taxes paid for a life time of business well over fifty million dollars damages o) deprivation of education unlawful religious treatment by departing from Amendment One. p) continual terrorist threat q) physical damages to health r) punitive damages with delayed payment enlarging the punitive damages for being late s) harm and lose of business, personal relationships by removal from home, business and reputation. t) For more complete details of Damages and Trespass go to Claim page 4 through 10. (u) The federal officials and agencies have failed to act as required in their official capacity.

**Prayer for Release, Relief and Restoration is to bring:1)** N.E.S.A.R.A. into lawful position by following "How Our Laws Are Made" of publication and to notify WE THE PEOPLE by radio, TV and other news media the detailed truth by dropping gag order for this new law. 2. N.E.S.A.R.A. rules are to be followed already set forth or if necessary continue to mature it according to the Constitution "for" the united States of America. 3. Defendants are to pay fifty million dollars to me Damaris June Rhodes for my life time of compound interest on debts, illegal taxes, and religious licenses (bribes) paid to do God given Rights, which totals to far more than fifty million dollars. 4) Pay to me an additional five million for U.S. Federal Corp. threat and acts of terrorism in conjunction with Israel and U.S. Federal activity on 9/11 and their policies with Palestinian politics false peace talks causing the actual attacks and continual media terrorist threat is to be

stopped. Stop meddling in other nations affairs by using murder of the leaders who are good for that nation thereby creating faults war. 5) Pay to me five million additional dollars for physical harm caused by unlawful activity by the FDA, pharmaceutical medical activity working in cooperation, vaccinations, food additives, *et al* unlawful action Title 50 Chapter 32 Sec 1524; Title 42 Section 2473 activity in the areas of air, food, water, and land contamination are to be repealed and removed. HLH Warenvertriebs and Orthica Joined Case C-211/03, C-299/03, C-316/03 and C-318/03) 9 June 2005 UK Counsel on water declare fluoride must be treated as medicine. Hitler gave it in the nations he defeated to damage and sedate them. 6) Pay to me five million additional dollars for deprivation of education by selective choices of who is to get the best education which are to be corrected. The inner city farm children and wealthy distinction are to be dropped. Remove the propaganda lies, improve educational procedures and bring back our true history. Bring back intelligent science in health education so students do not have to leave the country to learn how to make things work. 7) Pay to me five million additional dollars for unconstitutional religious treatment which has put our nation under siege is to be corrected by removal of statues and laws legislating conscious such as hate laws and government religious practices that are contrary to Amendment One. (Siege of Wako, Oklahoma, six state lights out examples) 8) Pay to me five million additional dollars for punitive damages. 9) All reward, damages and punitive damages, are to be paid thirty (30) calendar days from the date of the Decision or Order. If unpaid within the thirty 30 calendar days pay an additional one additional million U.S. dollars per every thirty (30) calendar days thereafter until paid, which is also to be punitive damage. Interest is acceptable. 10). All Executive Orders are used to break Oath of

Office, therefore their use is to be totally stopped along with the needful dismantling of concentration, death camps and FEMA distribution centers they were to be used for. 11) The Federal quasi governments, state and national, are to let go of the tight reigns of spying on the American People's every move. U.S. Controllers demand for spying must be stopped. 12) Remove and repeal laws and statutes that cause collection of revenue by taxes, remove traffic tickets extortion fines, (revenue extortion) in the states including seatbelt extortion that has nothing to do with safety. When no harm is done to any one or their property or by anyone the making of charges and finds is unconstitutional revenue. 13) Remove legislation of conscience for/of government religion that charge for God given Rights of marriage and the owning of property that unconstitutionally taken our property, including the recording of property for taxes. Restore the Deeds that belong to the People. Remove Birth Certificate statutes. 14). Arbitrary law or Court ruling is not to abrogate the 100 years of Restoration provided by N.E.S.A.R.A. the Americans or myself. 15) No unconstitutional case cites, laws or statutes are to be used in this case for Decisions or Orders. 16) Use FRCP 54(c) 17) Amendments 14 and 16 are to be properly removed along with all the laws they have supported that are not constitutional for lack of ratification. 18). Remove the Noahhide laws, PATRIOT ACTS I and II, vaccine statutes, gardening HR2749 Food Safety quazi law and nutritional restrictive statutes listed above brought about by WHO world control that cause other harmful unconstitutional statute includes Trading With The Enemy Act and the Home Security Act. 19) Dismantle HAARP to stop destructive weather, earthquakes and tsunamis; 20) Dismantle the deadly CIA. 21) Bad purpose, Rex v. Delaval, 3 Burr 1434, 97 Eng. Rep. 913 (K.B.1783) is to bring release. I pray the decree of the Court forever enjoining Claimant to promptly

11

provide Release, Relief and Restoration from governmental entanglement for WE THE PEOPLE and myself is to be as King Nebuchadrezzar of Babylon did for Jeremiah, in Statute Jeremiah 39: 11-14, 17; 40: 4-6. King James Version The King freed him and gave Jeremiah provision, reward to make provision (reward for this case is payment to me for Trespass and Damages) of laws, agencies and camps to be corrected as listed herein. The Right to life is not to be turned into paid for privileges for WE THE PEOPLE to have taken away by a fraudulent quazi government. 22) The intimidation and threat of death by gage order on all of the government officials and news media against N.E.S.A.R.A. is to be stopped by the Supreme Court. 23) No gag order is to be placed upon this case. The American people are to be told the truth by truthful and necessary media exposure. 24) International Treaties made contrary to the Constitution and Americans are to be extinguished, which includes the New World Order treaties. 25) Stop state and Federal laws for the Avian swine flu H1N1, and Congressional Bill S909. 26) The ocean experimental laws to permit the destruction of its life that are to be permitted for a period of five years need to be stopped. Example Experimentally dropping seven nuclear bombs into the ocean to cause a tsunami; 27) Stop the laws that take land from farmers to plant trees for World leader provision for their making America an animal range for the New World Order. They want America to be their utopia. 28) The many laws being passed in 2009 in rapids succession that the Congress will not tell us about. I require the laws to be carefully examined for their being constitutional. If their not constitutional then they are to be repealed though I question if that is sufficient. 29) No kind of discrimination of is to be contrived against this case for any reason for the sake of the American People. Religion, finances, age of Pro se or any other

made up reasons or excuses are not to be ruled against the American People or me in this case. 30) Every party in and of America that has been put into prison or concentration camps for unconstitutional reasons including the demand for vaccination are to be released and restored to their original property and financial status as before and one hundred thousand dollars each for what they were put through. 31) Every party that has been put into prison or concentration camps in the USA for unconstitutional reasons including the demand for vaccination are to be released and restored to their original property and financial status as before and one hundred thousand dollars for what they were put through. 32) For every estate of those who were killed in the USA because of the unconstitutional laws for the refusal of taking the vaccination and other such laws is to be rewarded two hundred thousand dollars for the descendents. This includes the man, or his descendants, who discovered and proved the 14th and 16th Amendments have not been ratified. 33) **Silent Sound Spread Spectrum (SSSS)** is not to be used on people anywhere. Where it is being used in any form is to be stopped. 34) All three defendants have participated. Also multitudes of others named and unnamed as in caption of OPM. It is **stipulated** this Release, Relief and Restoration Memorandum of Support herein is to be filed in this Fort Wayne Federal District Court with the Clerk of this court and be of the same force and effect as if made in open court and entered on the minutes of the proceedings.

I reserve all of My constitutional rights. Non assumpsit without prejudice receiving all natural God-giving, unalienable birthrights waving none forever.

I do declare and certify the above Release, Relief and Restoration Memorandum of Support to be true, correct and certain to My Knowledge and understanding so help me

God.

Date _____ 8/11/10

Signature _Damaris June Rhodes_ Sui Juris

c/o 2516 Bowser Avenue Apt. 3, Fort Wayne, Indiana Phone 260) 744-4871

**Certificate of Service**

I, Damaris June Rhodes, Pro se certifies that a copy of the foregoing Release, Relief and Restoration Memorandum of Support was mailed by U.S. mail to all interested parties on the above date.

Sign _Damaris June Rhodes_ Pro se

7008 1830 0003 6268 7216

UNITED STATES POSTAL SERVICE

1006

46802

U.S. POSTAGE
PAID
FORT WAYNE, IN
46802
AUG 12, 10
AMOUNT

$10.10

00051329-07

PRIORITY MAIL

UNITED STATES POSTAL SERVICE®

www.usps.com

Label 107R, February 2006

Federal District Court
1108 ~~F~~ederal Building
1300 South Harrison Street
Fort Wayne, Indiana

(PZ 46802)